ORIGINAL

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

05 - 262

| United States District Court | District | Delaware |
|---|---|---|
| Name: Kenneth M. Smith | Prisoner No. 00193906 | Case No. |

Place of Confinement: Delaware Correctional Center, Smyrna Delaware 19977

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Kenneth M. Smith | v. Thomas L. Carroll, Warden |

The Attorney General of the State of: M. Jane Brady

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Superior Court of Delaware in and for New Castle County, Wilmington Delaware 19801

2. Date of judgment of conviction: June 3, 1998

3. Length of sentence: Life Without Parole, pursuant to 11 Del.C. §4214(b)

4. Nature of offense involved (all counts): Robbery In the First Degree, pursuant to 11 Del.C. §832(a)(2)

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Supreme Court of Delaware__

   (b) Result __Affirmed__

   (c) Date of result and citation, if known __Smith v. State, 738 A.2d 239 (1999)__

   (d) Grounds raised __failure to hold formal prayer conference violating due process, and, improper jury instruction of the offense charged.__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

     (1) Name of court __Superior Court of Delaware / New Castle County__

     (2) Result __Affirmed__

     (3) Date of result and citation, if known __Smith v. State, 2000 WL 1887933 (Del)__

     (4) Grounds raised __See Memorandum Accompanying__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

     (1) Name of court __NONE__

     (2) Result __NONE__

     (3) Date of result and citation, if known __NONE__

     (4) Grounds raised __NONE__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court __Superior Court of Delaware / New Castle County__

     (2) Nature of proceeding __Post Conviction__

     (3) Grounds raised __See Memorandum Accompanying__

(3)

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒

(5) Result _____ NONE _____

(6) Date of result _____ NONE _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____ SUPREME Court OF Delaware _____

(2) Nature of proceeding _____ Appeal _____

(3) Grounds raised _____ N/A _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒

(5) Result _____ Affirmed _____

(6) Date of result _____ June 20, 2004 _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☒  No ☐
(2) Second petition, etc.    Yes ☒  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: _____SEE MEMORANDUM ACCOMPANYING_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

_____

B. Ground two: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

(5)

AO 241 (Rev. 5/85)

C. Ground three: __SEE MEMORANDUM ACCOMPANYING__

Supporting FACTS (state *briefly* without citing cases or law):

D. Ground four  "                                          "

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: __NONE__

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing __David A.A. Facciolo__

    (b) At arraignment and plea __N/A__

(6)

AO 241 (Rev. 5/85)

(c) At trial _____ David A.A. Facciolo _____

(d) At sentencing _____ \\ _____ // _____

(e) On appeal _____ \\ _____ // _____

(f) In any post-conviction proceeding _____ NONE _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____ NONE _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐   No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
        _____ NONE _____
    (b) Give date and length of the above sentence: _____ Life _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐   No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____ Kenneth Smith M _____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_4-30-05_
(date)

_____ Kenneth Smith M _____
Signature of Petitioner

Kenneth M. Smith 00193906
Delaware Correctional Center
Smyrna, De 19977

To: Clerk of the Court
United States District Court
844 N. King Street
Lockerbox 19
Wilmington, De 19801

U.S.M.S. X-RAY

