United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 05-262 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    WARDEN TOM CARROLL
    DELAWARE CORRECTIONAL CENTER
    1181 PADDOCK RD.
    SMYRNA, DE 19977

2. Article Number (Transfer from service label): 7002 2030 0003 0326 8426

PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-P-4081

**COMPLETE THIS SECTION ON DELIVERY**

05-262-SLR

A. Signature: X Beatrice Oney  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): BEATRICE ONEY

C. Date of Delivery: 6/9/05

D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type:
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes