Kenneth M. Smith #193906
DCC W-J12
1181 Paddock Rd
Smyrna, DE 19977

Dear Honorable Judge Robinson,    July 7, 2005

    Due to the nature of my case and the motion before the Honorable Court, I would like to ask about the possibility of obtaining a court-appointed attorney to assist me in any further action required. I have been quite fortunate thus far to have been assisted by my peers, who have a limited knowledge of the law. I truly believe that had I had an attorney when initially charged, I would not be in this current situation. The balance of my life lies in this motion and I cannot afford to have my case dismissed due to an error that could have been avoided thus leaving me with this Natural life sentence to contend with.

    I hope and pray that you can be of some assistance in this matter. Thank you for your time and thoughtful consideration.

Respectfully Submitted:
*Kenneth Smith*

**FILED**
JUL 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Kenneth M. Smith #193906
Case# 1:05-cv-262





Honorable Judge Sue L. Robinson
United States District Ct.
844 N. King St. Lockbox 18
Wilmington DE 19801-3570

I/M Kenneth L. Smith
SBI# 193906   UNIT W-J12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977