IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH M. SMITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-262-SLR |
| | ) | |
| THOMAS CARROLL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

NOTICE OF FILING OF STATE COURT RECORDS

Respondents hereby submit certified copies of the following Delaware Supreme Court records:

a. Appellant's Opening brief, filed March 9, 1999, *Smith v. State*, No. 392, 1998.

b. Appellant's Supplement to Attorney's Opening brief, filed May 19, 1999, *Smith v. State*, No. 392, 1998.

c. State's answering brief, filed May 24, 1999, *Smith v. State*, No. 392, 1998.

d. Order, dated September 7, 1999, *Smith v. State*, No. 392, 1998.

e. Appellant's opening brief and appendix, filed October 16, 2000, *Smith v. State*, No. 381, 2000.

f. State's motion to affirm, filed October 19, 2000, *Smith v. State*, No. 381, 2000.

g. Order, dated December 20, 2000, *Smith v. State*, No. 381, 2000.

h. Appellant's Opening brief, filed August 12, 2004, *Smith v. State*, No. 303, 2004.

i. State's motion to affirm, filed August 18, 2004, *Smith v. State*, No. 303, 2004.

j. Order, dated September 21, 2004, *Smith v. State*, No. 303, 2004.

Respondents hereby submit certified copies of the following Delaware Superior Court records:

k.   Docket Sheet, *State v. Smith*, ID No. 9712014022.

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE

                                        /s/_____
                                        Gregory E. Smith, I.D. No. 3869
                                        Deputy Attorney General
                                        820 North French Street, 7th Floor
                                        Carvel State Building
                                        Wilmington, Delaware 19801
Dated: July 25, 2005                   (302) 577-8398