IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH M. SMITH<br>    Petitioner,<br><br>v.<br><br>THOMAS L. CARROLL, Warden<br>and M. JANE BRADY, Attorney<br>General of the State of<br>Delaware,<br>    Responders. | )<br>(<br>)<br>(<br>)<br>(<br>) | Civil Action No. 05-262-SLR |

FILED
JUN - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

## MOTION FOR EVIDENTIARY HEARING

COMES NOW the petitioner, Kenneth M. Smith, and respectfully moves the Honorable Court to grant an evidentiary hearing and appoint counsel in the above-captioned case. Petitioner believes that the record alone is insufficient to develop the facts and facts and to reach the legal conclusions necessary for the Court to rule on the pending petition.

Petitioner also believes that his testimony and the testimonies of defense, appellate and the State's counsel are critical to his case and would best serve the ends of justice. Petitioner is faced with the very real propect of serving the rest of his natural life in prison, and it is apparent that the facts and the law are in such dispute that an evidentiary hearing is the best means to safeguard his liberty interests, aid the Court in preserving judicial integrity and its valuable resources.

Petitioner prays that this Honorable Court will appoint counsel and issue an ORDER granting an evidentiary hearing.

1.

Respectfully Submitted,

*Kenneth Smith M*

Kenneth M. Smith

I, Kenneth M. Smith, Hereby certify under penalty of perjury that a true and accurate copy of this MOTION FOR EVIDENTIARY HEARING has been forwarded to opposing counsel, pursuant to Title 28 U.S.C. Section 1746.

Signed: *Kenneth Smith M*    Date: 5-30-06

2.

I/M Kenneth Smith
SB# 193906  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 JUN 2006 PM 2 T

Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE
            19801