NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Kennieth M. Smith

DISTRICT COURT
DOCKET NUMBER: 05-262-SLR

v.

Thomas L. Carroll, et al

DISTRICT COURT
JUDGE: Susan L. Robinson

Notice is hereby given that __Kennieth M. Smith__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment, [X] Order,

[ ] Other (specify) __Memorandum Opinion__

entered in this action on __July 25, 2006 (rec. August 2, 2006)__
(date)

Dated: __August 31, 2006__

**FILED**
SEP 0 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

__NONE__
(Counsel for Appellant-Signature)

__NONE__
(Name of Counsel - Typed)

__NONE__
(Address)

__NONE__
(City, State Zip)

__NONE__
(Telephone Number)

_____
(Counsel for Appellee)

_____
(Address)

_____
(City, State Zip)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

