# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

TO:   Kenneth Smith   SBI#: 193906   05cv262 SLR

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   8/24/06

**FILED SEP 0 6 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

Attached are copies of your inmate account statement for the months of Feb 2006 to July 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | $148.41 |
| Mar. | $120.18 |
| Apr. | $193.58 |
| May | $172.20 |
| June | $48.18 |
| July | $11.91 |

Average daily balances/6 months: $114.29

Attachments
CC:   File

Melissa McNatt
8/24/06

# Individual Statement

## For Month of February 2006

Date Printed: 8/23/2006    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00193906 | Smith | Kenneth | | | $302.96 |

Current Location: W1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 2/2/2006 | ($100.00) | $0.00 | $0.00 | $202.96 | 218229 | | EMMA SMITH | |
| Canteen | 2/9/2006 | ($75.88) | $0.00 | $0.00 | $127.08 | 221073 | | | |
| Visit | 2/13/2006 | $20.00 | $0.00 | $0.00 | $147.08 | 222148 | 12543-20241 | 2/13/06 | P. SMITH |
| Canteen | 2/16/2006 | ($45.37) | $0.00 | $0.00 | $101.71 | 224339 | | | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($0.63) | $101.71 | 224683 | | 2/13/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($0.63) | $101.71 | 224701 | | 2/9/06 | |
| Supplies-MailP | 2/17/2006 | $0.00 | $0.00 | ($2.31) | $101.71 | 224866 | | 2/15/06 | |
| Visit | 2/21/2006 | $20.00 | $0.00 | $0.00 | $121.71 | 225116 | 9252002571 | | E BROWN |
| Supplies-MailP | 2/22/2006 | $0.00 | $0.00 | ($0.63) | $121.71 | 226064 | | 2/19/06 | |

Ending Mth Balance: $121.71

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($2.07)

# Individual Statement

## For Month of March 2006

Date Printed: 8/23/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $121.71 |
|---|---|---|---|---|---|---|
| 00193906 | Smith | Kenneth | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/2/2006 | ($14.71) | $0.00 | $0.00 | $107.00 | 230356 | | | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($0.63) | $107.00 | 233686 | | 3/2/06 | |
| Supplies-MailP | 3/10/2006 | ($0.63) | $0.00 | $0.00 | $106.37 | 235042 | | 2/13/06 | |
| Supplies-MailP | 3/10/2006 | ($2.31) | $0.00 | $0.00 | $104.06 | 235087 | | 2/15/06 | |
| Supplies-MailP | 3/10/2006 | ($0.63) | $0.00 | $0.00 | $103.43 | 235136 | | 2/9/06 | |
| Supplies-MailP | 3/10/2006 | ($0.63) | $0.00 | $0.00 | $102.80 | 235277 | | 2/19/06 | |
| Supplies-MailP | 3/10/2006 | ($0.63) | $0.00 | $0.00 | $102.17 | 235371 | | 3/2/06 | |
| Visit | 3/27/2006 | $100.00 | $0.00 | $0.00 | $202.17 | 241199 | 9252003067-06670 | | E. BROWN |
| | | | | Ending Mth Balance: | $202.17 | | | | |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($2.07)

# Individual Statement

## For Month of April 2006

Date Printed: 8/23/2006     Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $202.17 |
|---|---|---|---|---|---|---|
| 00193906 | Smith | Kenneth | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 4/3/2006 | $9.60 | $0.00 | $0.00 | $211.77 | 243997 | | W. BLDG - 2/24-3/23/ | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.63) | $211.77 | 245448 | | 4/4/06 | |
| Canteen | 4/13/2006 | ($34.21) | $0.00 | $0.00 | $177.56 | 249367 | | | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($1.11) | $177.56 | 250937 | | | |
| Mail | 4/19/2006 | $25.00 | $0.00 | $0.00 | $202.56 | 251663 | 4834727299 | 4/11/06 | M. MACK |
| Supplies-MailP | 4/20/2006 | $0.00 | $0.00 | ($0.63) | $202.56 | 251765 | | 4/12/06 | |
| Supplies-MailP | 4/20/2006 | ($1.11) | $0.00 | $0.00 | $201.45 | 253022 | | 4/11/06 | |
| Supplies-MailP | 4/20/2006 | ($0.63) | $0.00 | $0.00 | $200.82 | 253239 | | 4/12/06 | |
| Supplies-MailP | 4/20/2006 | ($0.63) | $0.00 | $0.00 | $200.19 | 253417 | | 4/4/06 | |
| Canteen | 4/25/2006 | ($30.80) | $0.00 | $0.00 | $169.39 | 254569 | | | |
| Supplies-MailP | 4/26/2006 | $0.00 | $0.00 | ($0.63) | $169.39 | 255794 | | 4/12/06 | |
| | | | | Ending Mth Balance: | $169.39 | | | | |

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($2.07)

# Individual Statement

## For Month of May 2006

Date Printed: 8/23/2006                                                                          Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $169.39 |
|---|---|---|---|---|---|---|
| 00193906 | Smith | Kenneth | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 5/1/2006 | $9.60 | $0.00 | $0.00 | $178.99 | 257163 | | W BLDG 3/24-4/23/06 | |
| Visit | 5/1/2006 | $80.00 | $0.00 | $0.00 | $258.99 | 257653 | 9252003458-02661 | | E. BROWN |
| Canteen | 5/2/2006 | ($42.56) | $0.00 | $0.00 | $216.43 | 258018 | | | |
| Canteen | 5/9/2006 | ($33.83) | $0.00 | $0.00 | $182.60 | 261182 | | | |
| Mail | 5/10/2006 | $50.00 | $0.00 | $0.00 | $232.60 | 261734 | 4824898501 | | E. BEOUN |
| Supplies-MailP | 5/12/2006 | ($0.63) | $0.00 | $0.00 | $231.97 | 263137 | | 4/12/06 | |
| Canteen | 5/16/2006 | ($56.33) | $0.00 | $0.00 | $175.64 | 263960 | | | |
| Supplies-MailP | 5/17/2006 | $0.00 | $0.00 | ($1.35) | $175.64 | 264878 | | 5/8/06 | |
| Supplies-MailP | 5/17/2006 | $0.00 | $0.00 | ($1.35) | $175.64 | 264879 | | 5/8/06 | |
| Canteen | 5/23/2006 | ($51.39) | $0.00 | $0.00 | $124.25 | 266430 | | | |
| Pay-To | 5/26/2006 | ($75.00) | $0.00 | $0.00 | $49.25 | 269514 | | INMATE CLASSIFIED | |
| Canteen | 5/30/2006 | ($32.15) | $0.00 | $0.00 | $17.10 | 271328 | | | |

Ending Mth Balance: $17.10

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($2.07)

# Individual Statement

## For Month of June 2006

Date Printed: 8/23/2006                                                                                         Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $17.10 |
|---|---|---|---|---|---|---|
| 00193906 | Smith | Kenneth | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 6/1/2006 | $9.60 | $0.00 | $0.00 | $26.70 | 273424 | | | |
| Visit | 6/5/2006 | $25.00 | $0.00 | $0.00 | $51.70 | 274188 | 08363871039-02736 | W.BLDG 4/24-5/23/06 | E. BROWN |
| Visit | 6/5/2006 | $20.00 | $0.00 | $0.00 | $71.70 | 274189 | 9252003855-02737 | | E. BROWN |
| Supplies-MailP | 6/5/2006 | ($1.35) | $0.00 | $0.00 | $70.35 | 274422 | | 5/8/06 | |
| Supplies-MailP | 6/5/2006 | ($1.35) | $0.00 | $0.00 | $69.00 | 274421 | | 5/8/06 | |
| Mail | 6/6/2006 | $60.00 | $0.00 | $0.00 | $129.00 | 275812 | 4846175844 | | M. MACK |
| Canteen | 6/6/2006 | ($14.97) | $0.00 | $0.00 | $114.03 | 275945 | | | |
| Canteen | 6/13/2006 | ($75.07) | $0.00 | $0.00 | $38.96 | 278842 | | | |
| Canteen | 6/20/2006 | ($11.39) | $0.00 | $0.00 | $27.57 | 281711 | | | |
| Canteen | 6/27/2006 | ($26.12) | $0.00 | $0.00 | $1.45 | 283977 | | | |
| | | | | Ending Mth Balance: | $1.45 | | | | |

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($2.07)

# Individual Statement

## For Month of July 2006

Date Printed: 8/23/2006  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.45 |
|---|---|---|---|---|---|---|
| 00193906 | Smith | Kenneth | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 7/3/2006 | $9.60 | $0.00 | $0.00 | $11.05 | 286653 | | | |
| Canteen | 7/6/2006 | ($10.06) | $0.00 | $0.00 | $0.99 | 288516 | | | |
| Visit | 7/10/2006 | $40.00 | $0.00 | $0.00 | $40.99 | 289268 | 48876196160-03445 | W BLDG5/24-6/23/06 | E. BROWN |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($1.35) | $40.99 | 292355 | | 7/14/06 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($1.35) | $40.99 | 292373 | | 7/16/06 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($0.48) | $40.99 | 292561 | | 7/5/06 | |
| Canteen | 7/18/2006 | ($39.84) | $0.00 | $0.00 | $1.15 | 292873 | | | |
| Supplies-MailP | 7/19/2006 | ($1.15) | $0.00 | ($0.20) | $0.00 | 294386 | | 7/14/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Non-Medical Hold: ($2.07)