UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware  19801

February 27, 2007

Marcia Waldron, Clerk
United States Court of Appeals
  For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

        RE: Smith v Carroll
        Civil Action No. 05-262
        USCA No. 06-4029

Dear Ms. Waldron:

    Enclosed please find the state court record DI# 13 in the above reference case.

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

        Very truly yours,

        /s/ Elizabeth Strickler
        Deputy Clerk

Enclosures        Sign here _____